Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:   mark@markmerin.com
         paul@markmerin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUAN ANTONIO RUIZ, JR., an incompetent person, by and through his guardian *ad litem*, LOURDES RUIZ; JUAN RUIZ, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF STOCKTON; CITY OF STOCKTON POLICE DEPARTMENT; ERIC JONES, in his individual capacity as the Chief of Police for the City of Stockton; ALEJANDRO GUERRERO, in his individual capacity as a City of Stockton Police Officer; THOMAS QUINONES, in his individual capacity as a City of Stockton Police Officer; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:14-cv-00926-MCE-KJN <br><br> **PLAINTIFF JUAN ANTONIO RUIZ, JR.'S PETITION FOR APPOINTMENT OF GUARDIAN *AD LITEM*; ORDER** |

Pursuant to the Federal Rule of Civil Procedure 17(c) and Eastern District of California Local Rule 202(a), Plaintiff JUAN ANTONIO RUIZ, JR. moves this Court for the appointment of LOURDES RUIZ as his guardian *ad litem* for all purposes of this action.

Petitioner, JUAN ANTONIO RUIZ, JR., states as follows:

1.   I have been diagnosed with and suffer from schizophrenia. Most recently, in December 2013, I was found to be "incompetent" by a court-appointed psychiatrist.

2.   I have concurrently filed an action in this Court against the named defendants for their, and each of their, involvement in an incident occurring on November 5, 2013 which resulted in the violation of my federal and state constitutional and statutory rights.

1

**PETITION FOR APPOINTMENT OF GUARDIAN *AD LITEM*; ORDER**
*Ruiz v. City of Stockton*; United States District Court, Eastern District of California, Case No. 2:14-cv-00926-MCE-KJN

3. I have no general guardian and no previous petition for appointment of a guardian *ad litem* has been filed in this matter.

4. Lourdes Ruiz, my mother, is a competent and responsible person, and fully competent to act as my guardian *ad litem* in this matter.

5. Lourdes Ruiz is willing to act as my guardian *ad litem*, as appears by her consent attached hereto.

WHEREFORE, Petitioner JUAN ANTONIO RUIZ, JR. moves this Court for an order appointing LOURDES RUIZ as guardian *ad litem* of Petitioner for the purpose of bringing this action against the named defendants, and each of them, on the claims described herein.

DATED: April 16, 2014                    Respectfully Submitted,

                                         LAW OFFICE OF MARK E. MERIN


                                                /s/ "Mark E. Merin"
                                         By:_____
                                                Mark E. Merin
                                         Attorney for Plaintiffs


## CONSENT OF NOMINEE

I, LOURDES RUIZ, the nominee of the Petitioner, consent to act as guardian *ad litem* for the Petitioner in the above-referenced action.

DATED: April 10, 2014                    Respectfully Submitted,


                                                /s/ "Lourdes Ruiz"
                                         By:_____
                                                Lourdes Ruiz

2

**PETITION FOR APPOINTMENT OF GUARDIAN *AD LITEM*; ORDER**
*Ruiz v. City of Stockton*; United States District Court, Eastern District of California, Case No. 2:14-cv-00926-MCE-KJN

# ORDER

On April 15, 2014, Plaintiff Juan Antonio Ruiz, Jr. ("Plaintiff") moved for an order appointing his mother, Lourdes Ruiz ("Ruiz"), as guardian *ad litem*.[1]  Motion, ECF No. 3.  Ruiz asserts no claims on her own behalf in this action.  See Complaint, ECF No. 1.  Plaintiff's Motion is currently set for hearing on Thursday, May 29, 2014.  ECF No. 12.  No opposition was filed.  See E.D. Cal. Local Rule 230.

Pursuant to Federal Rule of Civil Procedure 17(c) and the above stipulations, the Petition for an order appointing LOURDES RUIZ as guardian *ad litem* for all purposes of this action for Petitioner JUAN ANTONIO RUIZ, JR., ECF No. 3, is GRANTED and the May 29, 2014 hearing is VACATED.

IT IS SO ORDERED.

Dated:  May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] "Technically, an incompetent plaintiff sues by a *prochein ami*, or 'next friend,' and an incompetent defendant defends by a guardian *ad litem*.  Because the duties and powers of both types of representatives are identical, the term guardian *ad litem* is often used to refer to the representative appointed to a plaintiff or defendant."  Ferrelli v. River Manor Health Care Ctr., 323 F.3d 196, 198 n. 1 (2d Cir. 2003) (citing Dacanay v. Mendoza, 573 F.2d 1075, 1076 n. 1 (9th Cir.1978)).

3

**PETITION FOR APPOINTMENT OF GUARDIAN *AD LITEM*;  ORDER**
*Ruiz v. City of Stockton*; United States District Court, Eastern District of California, Case No. 2:14-cv-00926-MCE-KJN