Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiffs
JUAN ANTONIO RUIZ, JR. and JUAN RUIZ, SR.

JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
JAMES WILSON, Deputy City Attorney
State Bar No. 107289
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendant
CITY OF STOCKTON, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

JUAN ANTONIO RUIZ, JR., et al.,

Plaintiffs,

vs.

CITY OF STOCKTON, et al.,

Defendants.

Case No. 2:14-cv-00926-MCE-KJN

**STIPULATION FOR DISMISSAL AND ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this entire action, with prejudice. The parties shall each bear their own attorneys' fees and costs.

Dated: April 20, 2015

LAW OFFICE OF MARK E. MERIN

By: /s/ Mark E. Merin
Mark E. Merin
Attorney for Plaintiffs
JUAN ANTONIO RUIZ, JR. and JUAN RUIZ, SR.

Dated: April 20, 2015

JOHN M. LUEBBERKE
CITY ATTORNEY

/s/ James Wilson
(as authorized on April 20, 2015)

By: ________________________________
James Wilson
Deputy City Attorney
Attorney for Defendant CITY OF STOCKTON, CITY OF STOCKTON POLICE DEPARTMENT, ERIC JONES, ALEJANDRO GUERRERO and THOMAS QUINONES

**ORDER**

In accordance with the foregoing stipulation of the parties, the Court hereby GRANTS the parties' stipulation for dismissal, and further ORDERS that this action be DISMISSED with prejudice. The parties shall each bear their own attorneys' fees and costs. The Clerk of Court is ordered to close the file.

IT IS SO ORDERED.

Dated: April 23, 2015

________________________________
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

**STIPULATION FOR DISMISSAL AND ORDER**
*Ruiz v. City of Stockton*; United States District Court, Eastern District of California, Case No. 2:14-cv-00926-MCE-KJN